Adam E. Lang (#022545)
Jenny J. Winkler (#019032)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
alang@swlaw.com
jwinkler@swlaw.com
Attorneys for Defendant Wells Fargo Bank, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GLYNIS BROOKS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

　　　　Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Wells Fargo Bank, National Association (N.A.) ("Wells Fargo") removes to this Court the state court civil action described below.  The grounds for removal are as follows:

**A.    PROCEDURAL BACKGROUND**

　　　　1.　　On or about November 23, 2016, Plaintiff Glynis Brooks filed a Complaint in the McDowell Mountain Justice Court, Maricopa County, Arizona, case number CC2016214732 ("State Court Action"), against Defendants Wells Fargo and Experian Information Solutions, Inc. ("Experian").  Plaintiff alleges that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

　　　　2.　　The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

　　　　3.　　Wells Fargo was served with Plaintiff's Complaint on December 1, 2016.

Experian was served with Plaintiff's Complaint on December 1, 2016. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

### B.   GROUNDS FOR REMOVAL

4.   The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and may be removed to this court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *See id.* In her Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5.   Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within 30 days after Wells Fargo received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6.   Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

7.   Promptly after filing of this Notice of Removal, Wells Fargo shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the McDowell Mountain Justice Court of the State of Arizona, Maricopa County, as required by 28 U.S.C. § 1446(d).

8.   Pursuant to 28 U.S.C. § 1446(a) and LR Civ 3.7, a copy of all process, pleadings, and orders filed and/or served upon Wells Fargo in the State Court Action is attached hereto as **Exhibit A**.

9.   Trial has not commenced in the McDowell Mountain Justice Court.

10.   All Defendants that have been served upon the date of filing of this Notice

of Removal consent to the removal of this case. By filing this Notice of Removal, Wells Fargo consents to the removal of this case. Experian's Joinder in and Consent to Removal is attached hereto as **Exhibit B**.

Wells Fargo respectfully requests that the action be removed to this Court and that this Court assume full jurisdiction of the State Court Action as if it had been originally filed here.

RESPECTFULLY SUBMITTED this 20th day of December, 2016.

SNELL & WILMER

By s/Adam E. Lang
Adam E. Lang
Jenny J. Winkler
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
*Attorneys for Defendant Wells Fargo Bank, N.A.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2016, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Kevin Fallon McCarthy
Devan E. Michael
McCarthy Law PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiff

Jonathan A. Dessaules
Dessaules Law Group
5353 N. 16th Street, #110
Phoenix, AZ 85016
Attorneys for Defendant Experian
Information Solutions Inc.

s/Jennifer Thomes

25400986.1