**EXHIBIT A**

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 23  AM 9: 04

| MCCARTHY LAW PLC |

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Devan.michael@mccarthylawyer.com
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

### McDOWELL MOUNTAIN JUSTICE COURT
### MARICOPA COUNTY, STATE OF ARIZONA
18380 North 40th Street, Phoenix, Arizona 85032

GLYNIS BROOKS,

    Plaintiff,

v.

WELLS FARGO BANK, NATIONAL
ASSOCIATION and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

Case No.: CC2016 R14732

**COMPLAINT FOR VIOLATION OF
FAIR CREDIT REPORTING ACT (15
U.S.C. § 1681 et seq.)**

    COMES NOW Plaintiff, GLYNIS BROOKS ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendants above-named alleges as follows:

    1.    That Plaintiff is, and was at all times hereinafter mentioned, a resident of Maricopa County, Arizona.

    2.    That, on information and belief, Defendant, WELLS FARGO BANK, NATIONAL ASSOCIATION ("WELLS FARGO"), is, and at all times relevant hereto was, a corporation registered with the Arizona Corporation Commission as a Foreign Corporation doing business in Arizona and has designated the following registered statutory agent: CORPORATION SERVICE COMPANY, 2338 W. ROYAL PALM RD., STE J, PHOENIX, AZ 85021.

    3.    That, on information and belief, Defendant WELLS FARGO is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

    4.    That, on information and belief, Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), is a credit reporting agency, as defined by 15 U.S.C. §

1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE 460, PHOENIX, ARIZONA 85012.

5.     That, on information and belief, Defendant EXPERIAN is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

6.     That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as they had the necessary minimum contacts with the State of Arizona.

7.     That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants, and has suffered particularized and concrete harm.

8.     On August 31, 2015, Darlene Barth, a Collections Specialist on behalf of Wells Fargo, sent Plaintiff a "Settled in Full" letter for Plaintiff's Account ending in 1724-1560 ("Account"). Exhibit A.

9.     That the Settled in Full letter stated the following, "The above referenced account [ending in 1724-1560] has been settled for less than the full balance. No further liability remains with our company." Exhibit A.

10.     On August 23, 2016, Plaintiff sent a written dispute, with supportive documentation, to Defendant EXPERIAN regarding the accuracy of the derogatory information reported by the Defendant EXPERIAN. Exhibit B.

11.     That Defendant WELLS FARGO is willfully reporting derogatory and inaccurate information about Plaintiff to one or more consumer reporting agencies by continuing to report a balance on Plaintiff's Account, as defined by 15 U.S.C. § 1681a. Exhibit C.

12.     That Defendant EXPERIAN is willfully reporting derogatory and inaccurate information about Plaintiff to third-parties. Exhibit C.

13.     That Defendant WELLS FARGO willfully failed to correct the inaccurate reporting of the Account to Defendant EXPERIAN in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff. Exhibit C.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Brooks v. Wells Fargo et al.                    2                         COMPLAINT

14.     That Defendant EXEPERIAN failed to correct the inaccurate reporting of the Account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff.  Exhibit C.

15.     That Defendant EXPERAIN willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of 15 U.S.C. § 1681e.

16.     The foregoing acts and omissions of Defendants WELLS FARGO and EXPERIAN constitute unacceptable violations of the FCRA.

17.     As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial but not exceeding $10,000.00.

**WHEREFORE**, Plaintiff seeks a reasonable and fair judgment against Defendants for willful noncompliance of the Fair Credit Reporting Act and seeks her statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

2. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful violation;

3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 22nd day of November, 2016.

MCCARTHY LAW, PLC

By:

Devan E. Michael, Esq.
Kevin Fallon McCarthy, Esq.
Joon N. Kee, Esq.
Attorneys for Plaintiff(s)

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Brooks v. Wells Fargo et al.                          3                          COMPLAINT

# EXHIBIT A

08/31/2015 6:46:35 AM -0500 ENTERPRISE FAX                    PAGE 2    OF 2



**Wells Fargo**
**Consumer Credit Solutions**
7000 Vista Drive, 4th Floor
West Des Moines, IA 50266
800-603-8203
800-371-9896 Fax

wellsfargo.com

Aug 31, 2015

Glynis Brooks

Re: Account # ending in: -1560

The above referenced account has been **settled** for less than the full balance.. No further liability remains with our company.

If you have any questions, please feel free to contact me at 1-800-603-8203, Monday through Thursday, 7 a.m. to 6 p.m. and Friday 7 a.m. to 4 p. m.. My fax number is 1-800-371-9896.

Sincerely,

Darlene Barth
Collections Specialist

Wells Fargo Consumer Credit Solutions
Cease and Desist Department
7000 Vista Drive, 4th Floor
West Des Moines, IA 50266

The laws of some states require us to inform you that this communication is an attempt to collect a debt and any information obtained will be used for that purpose.

The content of this communication is solely intended for the individual(s) to whom it is addressed. Commercial and/or mass distribution or reproduction of the content, in whole or in part, of this letter including the proprietary company logo is strictly prohibited.

Together we'll go far

Wells Fargo Bank, N.A.

# EXHIBIT B

Glynis L. Brooks
931 N. 85th Place
Scottsdale, AZ 85257


August 23, 2016


Experian
NCAC
PO Box 9701
Allen, TX 75013


Re:   **Name: Glynis L. Brooks**
      **Social Security #:** ███████ 3831
      **Date of Birth:** ███████
      **Report date: 08/10/2016**
      **Report #:**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item Wells Fargo Bank account # ██████████ 1560 is incorrectly reporting a balance owed of $2,067.00. This is inaccurate as the account was settled and paid in full with Wells Fargo Bank as of August 31, 2015. See attached settled in full letter. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.



Sincerely,

Glynis L. Brooks



Credit Report Prepared For:

## GLYNIS L BROOKS

Experian Report As Of:  Aug 10, 2016

*Personal & Confidential*

GLYNIS L BROOKS - Experian
Date of Report: Aug 10, 2016



## Account Summary



Summary        Accounts        Collections        Inquiries        Public Records        Credit Score

GLYNIS L BROOKS - Experian
Date of Report: Aug 10, 2016

 Experian

▲

WF CRD SVC
446542XXXX

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | WF CRD SVC |
| Account # | 446542XXXX |
| Account Status | Closed |
| Last Updated | Jul 14, 2016 |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | May 31, 2012 |
| Balance | $2,067 |
| Credit Limit | $5,500 |
| Monthly Payment | |
| Past Due Amount | $2,067 |
| Payment Status | Charge-off |
| Highest Balance | |
| Terms | Revolving |
| Responsibility | Individual |
| Comments | |

## CREDIT USAGE

**38%**

Fair Credit Usage
Keeping your account balances as low as possible can have a positive impact on your credit.

## CONTACT INFORMATION

PO BOX 14517
DES MOINES, IA 50306
(800) 642-4720

## PAYMENT HISTORY

**2016**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| FP | FP | FP | FP |

| May | Jun | Jul | Aug |
|---|---|---|---|
| FP | FP | FP | |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| | | | |

**2015**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| FP | FP | FP | FP |

| May | Jun | Jul | Aug |
|---|---|---|---|
| FP | FP | FP | FP |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| | FP | FP | FP |

**2014**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| 90 | 120 | 120 | 120 |

| May | Jun | Jul | Aug |
|---|---|---|---|
| FP | FP | FP | FP |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| FP | FP | FP | FP |

**2013**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|---|---|---|---|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| OK | OK | 90 | 60 |

**2012**

| Jan | Feb | Mar | Apr |
|---|---|---|---|
| | | | |

| May | Jun | Jul | Aug |
|---|---|---|---|
| | | | |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| OK | OK | OK | OK |

08/31/2015 6:46:35 AM -0500 ENTERPRISE FAX                    PAGE 2    OF 2



**Wells Fargo**
**Consumer Credit Solutions**
7000 Vista Drive, 4th Floor
West Des Moines, IA 50266
800-603-8203
800-371-9896 Fax

wellsfargo.com

Aug 31, 2015

Glynis Brooks

Re: Account # ending in: -1560

The above referenced account has been settled for less than the full balance.   No further liability remains with our company.

If you have any questions, please feel free to contact me at 1-800-603-8203, Monday through Thursday, 7 a.m. to 6 p.m. and Friday 7 a.m. to 4 p. m.. My fax number is 1-800-371-9896.


Sincerely,



Darlene Barth
Collections Specialist

Wells Fargo Consumer Credit Solutions
Cease and Desist Department
7000 Vista Drive, 4th Floor
West Des Moines, IA 50266

The laws of some states require us to inform you that this communication is an attempt to collect a debt and any information obtained will be used for that purpose.

The content of this communication is solely intended for the individual(s) to whom it is addressed.  Commercial and/or mass distribution or reproduction of the content, in whole or in part, of this letter including the proprietary company logo is strictly prohibited.

Together we'll go far

Wells Fargo Bank, N.A.

EXHIBIT C



Credit Report Prepared For:

## GLYNIS L BROOKS

Experian Report As Of:  Nov 8, 2016

*Personal & Confidential*

11/10/2016                    https://usa.experian.com/#/print/experian/201611081901033133

GLYNIS L BROOKS - Experian
Date of Report: Nov 8, 2016

 Experian

| ▲ | WF CRD SVC<br>446542XXXX | Closed |
|---|---|---|

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | WF CRD SVC |
| Account # | 446542XXXX |
| Account Status | Closed |
| Last Updated | Oct 14, 2016 |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | Jun 1, 2012 |
| Balance | $2,067 |
| Credit Limit | $5,500 |
| Monthly Payment | |
| Past Due Amount | $2,067 |
| Payment Status | Charge-off |
| Highest Balance | |
| Terms | Revolving |
| Responsibility | Individual |
| Comments | |

## CREDIT USAGE

**38%**

Fair Credit Usage
Keeping your account balances as low as possible
can have a positive impact on your credit.

## CONTACT INFORMATION

PO BOX 14517
DES MOINES, IA 50306
(800) 642-4720

## PAYMENT HISTORY

**2016**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| FP | FP | FP | FP |

| May | Jun | Jul | Aug |
|---|---|---|---|
| FP | FP | FP | FP |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| FP | FP | | |

**2015**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| FP | FP | FP | FP |

| May | Jun | Jul | Aug |
|---|---|---|---|
| FP | FP | FP | FP |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| FP | FP | FP | FP |

**2014**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| 90 | 120 | 120 | 120 |

| May | Jun | Jul | Aug |
|---|---|---|---|
| FP | FP | FP | FP |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| FP | FP | FP | FP |

**2013**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| OK | OK | OK | OK |

| May | Jun | Jul | Aug |
|---|---|---|---|
| OK | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| OK | OK | 30 | 60 |

**2012**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| | | | |

| May | Jun | Jul | Aug |
|---|---|---|---|
| | OK | OK | OK |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| OK | OK | OK | OK |

Summary    〉 Accounts (Closed)    Collections    Inquiries    Public Records    Credit Score

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 28  AM 9: 04

**1**

MᴄCARTHY LAW PLC
CANDID CONVERSATION. WISE COUNSEL.

**2**  Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
**3**  Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
**4**  Scottsdale, AZ 85251
602-456-8900
**5**  Devan.michael@mccarthylawyer.com
joon.kee@mccarthylawyer.com
**6**  Attorneys for Plaintiff(s)

**McDOWELL MOUNTAIN JUSTICE COURT**
**7**  **MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

**8**
GLYNIS BROOKS,                              Case No.:
**9**                                              CC2016 214732
        Plaintiff,
**10**  v.                                          **SUMMONS**
**11**
WELLS FARGO BANK, NATIONAL
**12**  ASSOCIATION and EXPERIAN
INFORMATION SOLUTIONS, INC.,
**13**
**14**      Defendants.

**15**  STATE OF ARIZONA TO:

**16**    WELLS FARGO BANK, NATIONAL ASSOCIATION
**17**    S/A: CORPORATION SERVICE COMPANY
        2338 WEST ROYAL PALM ROAD SUITE J
**18**    PHOENIX, ARIZONA 85021

**19**
        EXPERIAN INFORMATION SOLUTIONS, INC.
**20**    S/A: CT CORPORATION SYSTEM
        3800 NORTH CENTRAL AVENUE
**21**    SUITE 460
        PHOENIX, ARZIONA 85012
**22**

**23**
**24**      **THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

**25**  1.      YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with

**26**  this Court and by paying the required fee. If you cannot afford to pay the required fee, you may

**27**  request that the Court either waive or defer the fee.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Brooks v. Wells Fargo et al.                    1                              Summons

2.      If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3.      Your answer must be in writing.

(a) You may obtain an answer form from this Court.

(b) You may also obtain an answer form from the Form section of the Maricopa County Justice Courts website at http://justicecourts.maricopa.gov.

4.      Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5.      **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.**

The name and address of Plaintiff's attorneys are:

> Kevin Fallon McCarthy, Esq.
> Devan E. Michael, Esq.
> Joon Kee, Esq.
> McCARTHY LAW PLC
> 4250 North Drinkwater Boulevard, #320
> Scottsdale, Arizona 85251

SIGNED AND SEALED this date: _____ 11-28-16

By:_____
Deputy Clerk

**NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS**

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Brooks v. Wells Fargo et al.                    2                    Summons

family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Brooks v. Wells Fargo et al.                    3                              Summons



*2465481*

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 DEC -6 AM 10: 15

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ 85009
602.258.8081
Fax#: 602.258.8864

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

GLYNIS BROOKS
Vs.
WELLS FARGO BANK, NATIONAL ASSOCIATION and
EXPERIAN INFORMATION SOLUTIONS, INC.,

**Certificate of Service**

Case No.: CC2016214732
Court Date: N/A
Judge:

The undersigned certifies under penalty of perjury: That I am a private process server registered in Maricopa County and an officer of the court. On 12/01/2016 I received SUMMONS; NOTICE TO DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C.1681 et seq.); EXHIBITS A-C; INITIAL DISCOVERY SET TO EXPERIAN INFORMATION SOLUTIONS, INC. from McCarthy Law PLC and by Kevin Fallon McCarthy. In each instance I personally served 1 copy(ies) of each document listed above upon: EXPERIAN INFORMATION SOLUTIONS, INC. BY SERVICE UPON ITS STATUTORY AGENT CT CORPORATION SYSTEM, by leaving with Angela Ramirez, Customer service representative, stated authorized to accept, at 3800 NORTH CENTRAL AVENUE SUITE 460 in Phoenix, AZ 85012 in MARICOPA County, on 12/01/2016 at 10:50 AM.

Description of Person Accepting Service:
Sex: Female Race: Hispanic Age: 35 Height: 5ft 4in Weight: 170 Hair: Brown

Marriage Status: N/A

|  |  |  |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| TOTAL: | $ | 55.00 |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on December 02, 2016

Client Ref: Brooks.G.13.668
Client: McCarthy Law PLC

MICHAEL CANDELARIA, MC-8552          Affiant



*2465466*

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 DEC -9 AM 10: 08

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

**Certificate of Service**

GLYNIS BROOKS
Vs.
**WELLS FARGO BANK, NATIONAL ASSOCIATION and
EXPERIAN INFORMATION SOLUTIONS, INC.,**

Case No.:CC2016214732
Court Date: N/A
Judge:

The undersigned certifies under penalty of perjury:That I am a private process server registered in **Maricopa County** and an officer of the court. On 12/01/2016 I received **SUMMONS; NOTICE TO DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C.1681 et seq.); EXHIBITS A-C; INITIAL DISCOVERY SET TO WELLS FARGO BANK, NATIONAL ASSOCIATION** from **McCarthy Law PLC** and by **Kevin Fallon McCarthy**. In each instance I personally served 1 copy(ies) of each document listed above upon: **WELLS FARGO BANK, NATIONAL ASSOCIATION BY SERVICE UPON ITS STATUTORY AGENT CORPORATION SERVICE COMPANY** , by leaving with **Josef Patawaran** , Process specialist, stated authorized to accept, at **2338 WEST ROYAL PALM ROAD SUITE J** in Phoenix, AZ85021 in MARICOPA County, on 12/01/2016 at 11:29 AM.

Description of Person Accepting Service:
Sex: Male Race: Asian Age: 22 Height: 5ft 6in Weight: 150 Hair: Black

Marriage Status: N/A

I declare, under penalty of perjury, that the foregoing is
true and correct. Executed on December 06, 2016

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| TOTAL: | $ | 55.00 |

Client Ref: Brooks.G.13.668
Client: McCarthy Law PLC

ROBERT LYONS, MC-8596                    Affiant

**EXHIBIT B**

1  Jonathan Adam Dessaules (#19439)
   Dessaules Law Group
2  5353 N 16th St., Ste. 110
   Phoenix, AZ 85016
3  602-274-5400
   Email: jdessaules@dessauleslaw.com
4  Attorneys for Experian Information Solutions, Inc.

5              UNITED STATES DISTRICT COURT
                  DISTRICT OF ARIZONA
6

7  GLYNIS BROOKS,                          Case No. _____

8                 Plaintiff,               **DEFENDANT EXPERIAN
                                           INFORMATION SOLUTIONS, INC.'S
9  v.                                      JOINDER IN AND CONSENT TO
                                           REMOVAL**
10 WELLS FARGO BANK, NATIONAL
   ASSOCIATION, and EXPERIAN              (Removed from McDowell Mountain
11 INFORMATION SOLUTIONS, INC.,           Justice Court, Maricopa County,
                                          Case No. CC2016214732)
12                Defendants.

13

14         Without waiving any of its defenses or any other rights, Defendant Experian Information

15 Solutions, Inc. hereby consents to the notice of removal of this action from the McDowell

16 Mountain Justice Court, Maricopa County, State of Arizona, wherein it is now pending, to the

17 United States District Court for the District of Arizona.  Removal of this action is proper for the

18 reasons set forth in the Notice of Removal and Exhibits thereto filed by Co-Defendant Wells

19 Fargo Bank, N.A.  Defendant Experian Information Solutions, Inc. first received a copy of the

20 Summons and Complaint, the initial pleading setting forth the claim for relief upon which this

21 action is based, on December 1, 2016.

22         Respectfully submitted this 20th day of December, 2016.

23                                         /s/Jonathan Adam Dessaules
                                           Jonathan Adam Dessaules
24                                         Dessaules Law Group
                                           5353 N 16th St., Ste. 110
25                                         Phoenix, AZ 85016
                                           602-274-5400
26                                         Email: jdessaules@dessauleslaw.com
                                           Counsel for Experian Information Solutions,
27                                         Inc.

28
   8410153.1/SP/83057/2543/110116
   25400969.1