# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glynis Brooks,<br><br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank NA, et al.,<br><br>    Defendants. | No. CV-16-04475-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss (Doc. 28) and good cause appearing,

**IT IS ORDERED** dismissing Plaintiff's claims against Defendant Wells Fargo Bank, N.A. with prejudice. The Clerk of the Court is directed to terminate this action.

Dated this 5th day of June, 2017.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge